No. 96–6867. O'DELL *v.* NETHERLAND, WARDEN, ET AL. C. A. 4th Cir. [Certiorari granted, 519 U. S. 1050.] Motion for appointment of counsel granted, and it is ordered that Robert S. Smith, Esq., of New York, N. Y., be appointed to serve as counsel for petitioner in this case.

No. 96–7185. BATES *v.* UNITED STATES. C. A. 7th Cir. [Certiorari granted, 519 U. S. 1108.] Motion for appointment of counsel granted, and it is ordered that C. Richard Oren, Esq., of Rochester, Ind., be appointed to serve as counsel for petitioner in this case.

No. 96–7824. IN RE IJEMBA; and

No. 96–7899. IN RE WILLIAMS. Petitions for writs of habeas corpus denied.

No. 96–7382. IN RE MARTIN; and

No. 96–7495. IN RE ATKINS. Petitions for writs of mandamus denied.

No. 96–188. GENERAL ELECTRIC CO. ET AL. *v.* JOINER ET UX. C. A. 11th Cir. Certiorari granted.

No. 96–670. FOSTER, GOVERNOR OF LOUISIANA, ET AL. *v.* LOVE ET AL. C. A. 5th Cir. Certiorari granted.

No. 96–779. ARKANSAS EDUCATIONAL TELEVISION COMMISSION *v.* FORBES. C. A. 8th Cir. Certiorari granted.